1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LA RUE SCHULZ, an individual, | Case No. 5:24−cv−01371−KK (DTBx) |
| --- | --- |
| Plaintiff, | **ORDER** |
| v. | |
| INTERNATIONAL LINE BUILDERS, INC., et al., | District Judge:   Kenly Kiya Kato<br>Magistrate Judge: David T. Bristow |
| Defendants. | Complaint Filed: May 21, 2024<br>Removed:        July 1, 2024<br>Jury Trial:       August 11, 2025 |

## ORDER

THIS COURT, having read and considered the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, hereby GRANTS the Stipulation.

IT IS ORDERED that the Action brought by Plaintiff in the above-captioned against Defendant be dismissed with prejudice and each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 5, 2025

By: _____
Hon. Kenly Kiya Kato
United States District Court Judge